UNITED STATES DISTRICT COURT
FOR THE MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 24-cr-10146-PBS |
| | ) |
| MAGELLAN DIAGNOSTICS, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR COMBINED WAIVER OF INDICTMENT,
CHANGE OF PLEA AND SENTENCING HEARING**
(Assented-To)

The United States of America, with the assent of defendant Magellan Diagnostics, Inc. ("Magellan"), respectfully moves this Court to schedule the Waiver of Indictment, Change of Plea, and Sentencing Hearings in this matter on the same day, preferably June 27-28 or a date on or after July 8, 2024 at the Court's convenience. The United States further requests that the Court find that sentencing may proceed in this matter in the absence of a Presentence Report. The United States provides the following information in support of this assented-to motion:

1. The United States has filed an Information with the Court (Dkt. 1) charging Magellan with two misdemeanor violations of the Federal Food, Drug and Cosmetic Act, 21 U.S.C. §§331(a), 333(a)(1).

2. The United States and Magellan entered into a written Plea Agreement ("Agreement") (Dkt. 3) pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) concerning the charges in the Information.

3. Pursuant to Paragraph 1 of the Agreement, Magellan has agreed to waive its right to indictment on the charges contained in the Information and plead guilty to Counts One and Two,

charging Magellan with the introduction of misbranded medical devices into interstate commerce, in violation of 21 U.S.C. §§331(a), 333(a)(1).

4. Pursuant to Paragraph 3 of the Agreement and Rule 11(c)(1)(C), the parties have agreed that, if the Court accepts the Agreement, the Court must include the agreed disposition (set forth in Paragraph 5 of the Agreement) in the judgment.

5. Also pursuant to Paragraph 3 of the Agreement, the parties have agreed that Magellan may seek sentencing by the Court immediately following the Rule 11 plea hearing and in the absence of a Presentence Report.

6. Pursuant to the agreed disposition set forth in Paragraph 5 of the Agreement, which also includes payment of criminal fines and forfeiture, the parties have agreed that, in light of Magellan's commitment to enter into a Deferred Prosecution Agreement with the United States concerning additional criminal liability and its agreement to retain a Compliance Monitor, *see United States v. Magellan Diagnostics, Inc.*, 24-cr-10144-PBS (Dkt. 4), Magellan will not be placed on probation or require post-conviction supervision by the United States Probation Office.

7. Also pursuant to the agreed disposition set forth in Paragraph 5 of the Agreement, the parties have agreed that, given Magellan's commitments under the Deferred Prosecution Agreement concerning victim identification and compensation, no additional restitution shall be ordered in this criminal case.

8. The undersigned discussed the terms of the Agreement with Probation, which advised that it would not require a Presentence Report in this case because Magellan will not be subject to a term of probation or post-conviction supervision by the USPO.

WHEREFORE, the United States respectfully requests that this Court schedule the Waiver of Indictment, Change of Plea, and Sentencing Hearings in this matter on the same day, preferably

on June 27-28 or a date on or after July 8, 2024 at the Court's convenience; and further find, based on the parties' agreed disposition set forth in Paragraph 5 of the Agreement and Magellan's compliance and victim compensation commitments under the Deferred Prosecution Agreement in the related case no. 23-cr-10144-PBS, that sentencing may proceed in the absence of a Presentence Report.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:  */s/ Kelly Begg Lawrence*
James D. Herbert
Kelly Begg Lawrence
Leslie A. Wright
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Kelly Begg Lawrence*
Kelly Begg Lawrence
Assistant United States Attorney

Date: May 31, 2024